**00–1775.   Howard v. Franks.**
Lucas App. No. L–00–1163. On motion to supplement record. Motion denied.

**00–1947.   State v. Feathers.**
Summit App. No. 19837. On motion for leave to file delayed appeal. Motion granted.
DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent.

**00–1955.   State v. Pearson.**
Wood App. No. WD–00–022. On motion for leave to file delayed appeal. Motion denied.
MOYER, C.J., PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**00–1991.   Applegate v. Applegate.**
Franklin App. Nos. 99AP–1321 and 99AP–1399. On motion for stay of court of appeals' decision pending appeal and on motion to strike motion for stay. Motions denied.

**00–2006.   Brzezinski v. Feuerwerker.**
Cuyahoga App. No. 74288. On motion for stay of court of appeals' judgment. Motion denied.

## DISCRETIONARY APPEALS ALLOWED

**00–1406.   Hubin v. Hubin.**
Franklin App. No. 99AP–1156. Discretionary appeal allowed on Proposition of Law No. III and cause consolidated with 00–1730, *Hubin v. Hubin*, Franklin App. No. 99AP–1156.
DOUGLAS, RESNICK and LUNDBERG STRATTON, JJ., would also allow on all other propositions of law. F.E. SWEENEY and PFEIFER, JJ., dissent.

**00–1517.   State v. Bassham.**
Greene App. No. 2000CA29.
RESNICK and F.E. SWEENEY, JJ., dissent.

**00–1519.   State v. Jones.**
Cuyahoga App. No. 76222.
DOUGLAS, F.E. SWEENEY and PFEIFER, JJ., dissent.

**00–1536.   State v. Singh.**
Lake App. No. 98–L–090.
RESNICK, F.E. SWEENEY and LUNDBERG STRATTON, JJ., dissent.

**00–1543.   Auto. Club Ins. Co. v. Mills.**
Clermont App. Nos. CA99–07–064 and CA99–07–070. Discretionary appeal allowed; *sua sponte*, cause held for the decision in 99–1986, *Doe v. Shaffer*, Hamilton App. No. C–980729; briefing schedule stayed.
DOUGLAS and PFEIFER, JJ., dissent.

**00–1554.   Day v. Middletown–Monroe City School Dist.**
Butler App. No. CA99–11–186.
COOK and LUNDBERG STRATTON, JJ., dissent.

**00–1555.   State v. Thompson.**
Montgomery App. No. 17984.
RESNICK and PFEIFER, JJ., dissent.

**00–1556.   Vaccariello v. Smith & Nephew Richards, Inc.**
Cuyahoga App. No. 76594.
MOYER, C.J., and COOK, J., would allow on Proposition of Law No. II only and hold this cause for the decision in 00–1030, *Ohio Hosp. Assn. v. Armstrong World Industries, Inc.*, Cuyahoga App. No. 76067.